February 2006

**United States Bankruptcy Court**
Central District of California

2006 USBC Central District of California

In re    Scott M. Vogel _____

_____
Debtor(s)

Case No. _____
Chapter    7 _____

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,    Scott M. Vogel  , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

■    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, ___, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  August 25, 2011 _____

Signature    /s/ Scott M. Vogel _____
Scott M. Vogel
Debtor

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 076 |
|-----|------|-------|-------|-----------|-----|
| NTM | 100985 | 260001 | | 0000280059 | 1 |

## Earnings Statement

**ADP**

LIFECARE SOLUTIONS
10119 CARROLL CANYON ROAD
SAN DIEGO, CA 92131-1109

| | |
|---|---|
| Period Beginning: | 05/23/2011 |
| Period Ending: | 06/05/2011 |
| Pay Date: | 06/10/2011 |

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:    8
CA:    8

**SCOTT M VOGEL**
**305 CLYDESDALE CT**
**SAN JACINTO CA 92583**

Social Security Number:    XXX-XX-0001

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 25.4808 | 72.00 | 1,834.62 | 22,626.92 |
| Bonus - Qtr | | | 234.00 | 234.00 |
| Holiday | 25.4808 | 8.00 | 203.85 | 611.54 |
| Vacation | | | | 407.69 |
| **Gross Pay** | | | **$2,272.47** | 23,880.15 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K Er | 2.73 | 12.53 |
| 401K Max Elig/C | 2,272.47 | |
| Floating Hol | | 16.00 |
| Sick | | 48.00 |
| Vacation | | 30.26 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -131.43 | 326.19 |
| | Social Security Tax | -95.45 | 1,002.97 |
| | Medicare Tax | -32.95 | 346.26 |
| | CA State Income Tax | -80.73 | 992.45 |
| | CA SUI/SDI Tax | -27.27 | 286.56 |
| | **Other** | | |
| | Checking1 | -1,887.38 | |
| | 401K | -68.17* | 312.77 |
| | Exp Reimburse | | -144.75 |
| | **Adjustment** | | |
| | Exp Reimburse | +50.91 | |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,204.30

©2000 ADP, Inc.

LIFECARE SOLUTIONS
10119 CARROLL CANYON ROAD
SAN DIEGO, CA 92131-1109

| | |
|---|---|
| Advice number: | 00000230059 |
| Pay date: | 06/10/2011 |

Deposited to the account of
SCOTT M VOGEL

| account number | transit  ABA | amount |
|----------------|-------------|--------|
| xxxxxx9729 | xxxx  xxxx | $1,887.38 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 070 |
|-----|------|-------|-------|-----------|-----|
| NTM | 100905 | 260001 | 10 | 0000250066 | 1 |

# Earnings  Statement

**ADP**

LIFECARE SOLUTIONS
10119 CARROLL CANYON ROAD
SAN DIEGO, CA 92131-1109

| Period Beginning: | 06/06/2011 |
|---|---|
| Period Ending: | 06/19/2011 |
| Pay Date: | 06/24/2011 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        8
CA:             8

**SCOTT M VOGEL
305 CLYDESDALE  CT
SAN JACINTO  CA 92583**

Social Security Number:  XXX-XX-0001

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.4808 | 72.00 | 1,834.62 | 24,461.54 |
| Floating Holid | 25.4808 | 8.00 | 203.85 | 203.85 |
| Bonus -Qtr | | | | 234.00 |
| Holiday | | | | 611.54 |
| Vacation | | | | 407.69 |
| **Gross Pay** | | | **$2,038.47** | 25,918.62 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er | 2.45 | 14.98 |
| 401K Max Elig/C | 2,038.47 | |
| Floating Hol | | 8.00 |
| Sick | | 48.00 |
| Vacation | | 30.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.38 | 423.57 |
| | Social Security Tax | -85.61 | 1,088.58 |
| | Medicare Tax | -29.56 | 375.82 |
| | CA State Income Tax | -57.51 | 1,049.96 |
| | CA SUI/SDI Tax | -24.46 | 311.02 |
| | **Other** | | |
| | Checking1 | -1,715.20 | |
| | 401K | -61.15* | 373.92 |
| | Exp Reimburse | | -177.15 |
| | **Adjustment** | | |
| | Exp Reimburse | +32.40 | |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,977.32

© 2000 ADP, Inc.

LIFECARE SOLUTIONS
10119 CARROLL CANYON ROAD
SAN DIEGO, CA 92131-1109

| Advice number: | 00000250066 |
|---|---|
| Pay date: | 06/24/2011 |

Deposited  to the account of
SCOTT  M VOGEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9729 | xxxx xxxx | $1,715.20 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO.  | FILE   | DEPT.  | CLOCK | VCHR. NO. | 070 |
|------|--------|--------|-------|-----------|-----|
| NTM  | 100985 | 260001 | 10    | 00002/0069 | 1  |

## Earnings   Statement



LIFECARE SOLUTIONS
10119 CARROLL CANYON ROAD
SAN DIEGO, CA 92131-1109

| Period Beginning: | 06/20/2011 |
|---|---|
| Period Ending: | 07/03/2011 |
| Pay Date: | 07/08/2011 |

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:        8
CA:             8

**SCOTT  M  VOGEL**
**305  CLYDESDALE  CT**
**SAN  JACINTO  CA  92583**

Social Security Number: XXX-XX-0001

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2038.46 | 80.00 | | 26,500.00 |
| Regular | 2038.46 | | 2,038.46 | |
| Bonus - Qtr | | | | 234.00 |
| Floating Holid | | | | 203.85 |
| Holiday | | | | 611.64 |
| Vacation | | | | 407.69 |
| **Gross Pay** | | | **$2,038.46** | 27,957.08 |

Your federal taxable wages this period are
$1,977.31

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er | 2.45 | 17.43 |
| 401K Max Elig/C | 2,038.46 | |
| Floating Hol | | 8.00 |
| Sick | | 48.00 |
| Vacation | | 36.93 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.38 | 520.95 |
| | Social Security Tax | -85.62 | 1,174.20 |
| | Medicare Tax | -29.56 | 405.38 |
| | CA State Income Tax | -57.51 | 1,107.47 |
| | CA SUI/SDI Tax | -24.46 | 335.48 |
| | **Other** | | |
| | Checking1 | -1,775.12 | |
| | 401K | -61.15* | 435.07 |
| | Exp Reimburse | | -269.49 |
| | **Adjustment** | | |
| | Exp Reimburse | +92.34 | |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages

© 2005 ADP, Inc.

LIFECARE SOLUTIONS
10119 CARROLL CANYON ROAD
SAN DIEGO, CA 92131-1109

| Advice number: | 00000270069 |
|---|---|
| Pay date: | 07/08/2011 |

Deposited to the account of
SCOTT M VOGEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9729 | xxxx xxxx | $1,775.12 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | 070 |
|----|------|-------|-------|-----------|-----|
| NTM | 100986 | 250001 | 10 | 0000290068 | 1 |

# Earnings  Statement

ADP®

LIFECARE SOLUTIONS
10119 CARROLL CANYON ROAD
SAN DIEGO, CA 92131-1109

| Period Beginning: | 07/04/2011 |
|---|---|
| Period Ending: | 07/17/2011 |
| Pay Date: | 07/22/2011 |

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:  8
CA:  8

**SCOTT M VOGEL**
**305 CLYDESDALE CT**
**SAN JACINTO CA 92583**

Social Security Number:  XXX-XX-0001

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.4808 | 64.00 | 1,630.77 | 28,130.77 |
| Floating Holid | 25.4808 | 8.00 | 203.85 | 407.70 |
| Holiday | 25.4808 | 8.00 | 203.85 | 815.39 |
| Bonus -Qtr | | | | 234.00 |
| Vacation | | | | 407.69 |
| **Gross Pay** | | | **$2,038.47** | 29,995.55 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er | 2.45 | 19.88 |
| 401K Max Elig/C | 2,038.47 | |
| Floating Hol | | 0.00 |
| Sick | | 48.00 |
| Vacation | | 36.93 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.38 | 618.33 |
| | Social Security Tax | -85.61 | 1,259.81 |
| | Medicare Tax | -29.66 | 434.94 |
| | CA State Income Tax | -57.51 | 1,164.98 |
| | CA SUI/SDI Tax | -24.47 | 359.95 |
| | **Other** | | |
| | Checking1 | -1,728.11 | |
| | 401K | -61.15* | 496.22 |
| | Exp Reimburse | | -314.81 |
| | **Adjustment** | | |
| | Exp Reimburse | +45.32 | |
| | **Net Pay** | | **$0.00** |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,977.32

© 2000 ADP, Inc.

LIFECARE SOLUTIONS
10119 CARROLL CANYON ROAD
SAN DIEGO, CA 92131-1109

| Advice number: | 00000290068 |
|---|---|
| Pay date: | 07/22/2011 |

Deposited to the account of
SCOTT M VOGEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9729 | xxxx xxxx | $1,728.11 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. FILE DEPT. CLOCK VCHR. NO. 070 |
| NTM 100085 250001 10 0000310074 1 |

## Earnings  Statement

**ADP.**

LIFECARE SOLUTIONS
10119 CARROLL CANYON ROAD
SAN DIEGO, CA 92131-1109

| | |
|---|---|
| Period Beginning: | 07/18/2011 |
| Period Ending: | 07/31/2011 |
| Pay Date: | 08/05/2011 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 8
CA: 8

**SCOTT M VOGEL
305 CLYDESDALE CT
SAN JACINTO CA 92583**

Social Security Number: XXX-XX-0001

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.4808 | 72.00 | 1,834.62 | 29,965.39 |
| Sick | 25.4808 | 8.00 | 203.85 | 203.85 |
| Bonus -Qtr | | | | 234.00 |
| Floating Holid | | | | 407.70 |
| Holiday | | | | 815.39 |
| Vacation | | | | 407.69 |
| **Gross Pay** | | | **$2,038.47** | 32,034.02 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er | 2.45 | 22.33 |
| 401K Max Elig/C | 2,038.47 | |
| Floating Hol | | 0.00 |
| Sick | | 40.00 |
| Vacation | | 43.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.38 | 715.71 |
| | Social Security Tax | -85.62 | 1,345.43 |
| | Medicare Tax | -29.55 | 464.49 |
| | CA State Income Tax | -57.51 | 1,222.49 |
| | CA SUI/SDI Tax | -24.46 | 384.41 |
| | **Other** | | |
| | Checking1 | -1,682.80 | |
| | 401K | -61.15* | 557.37 |
| | Exp Reimburse | -314.81 | |
| | **Net Pay** | | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,977.32

© 2000 ADP, Inc

LIFECARE SOLUTIONS
10119 CARROLL CANYON ROAD
SAN DIEGO, CA 92131-1109

| | |
|---|---|
| Advice number: | 00000310074 |
| Pay date: | 08/05/2011 |

Deposited to the account of
SCOTT M VOGEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9729 | xxxx xxxx | $1,682.80 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**


MORONGO
CASINO • RESORT • SPA

MORONGO CASINO RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA 92230
951/755-5340

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 6/27/2011 |
| Period Ending: | 7/03/2011 |
| Pay Date: | 7/08/2011 |

Employee Number: 16751
Social Security Number:
Taxable Marital Status: M
Exemptions / Allowances:
Federal: 08
State: 08

Company: CASINO
Department: BEVERAGE

JENNIFER N VOGEL
305 CLYDESDALE CT
SAN JACINTO, CA 92582

| EARNINGS | Hours | Rate | Current | Y-T-D |
|---|---|---|---|---|
| TIPS | | | 136.08 | 136.08 |
| REGULAR | 6.75 | 8.0000 | 54.00 | 246.00 |
| REGULAR | 24.00 | 8.0000 | 192.00 | 246.00 |
| ORIENTATION | 14.00 | 8.0000 | 112.00 | 112.00 |

**OTHER BENEFITS**                                    Total To Date

### TIME CARD DETAIL

| Day | Date In | In | Date Out | Out | Total |
|---|---|---|---|---|---|
| Thu | 2011-06-30 | 06.00.00PM | 2011-07-01 | 12.45.00AM | 6.7500 |
| Fri | 2011-07-01 | 06.00.00PM | 2011-07-02 | 02.00.00AM | 8.0000 |
| Sat | 2011-07-02 | 06.00.00PM | 2011-07-03 | 02.00.00AM | 8.0000 |
| Sun | 2011-07-03 | 06.00.00PM | 2011-07-04 | 02.00.00AM | 8.0000 |

| Gross Pay | 494.08 | 494.08 |
|---|---|---|

| DEDUCTIONS | Current | Y-T-D |
|---|---|---|
| FICA-SOCIAL SEC | 20.75 | 20.75 |
| FMHI-MEDICARE | 7.16 | 7.16 |
| CA STATE DISAB | 5.93 | 5.93 |

| Net Pay | 324.16 |
|---|---|

**MESSAGE**

*"A healthy attitude is contagious, but don't wait to catch it from others.
Be a Carrier"*

STRATACOM 866-580-0755

**MORONGO**
CASINO RESORT SPA

MORONGO CASINO RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA 92230
951/755-5340

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 7/04/2011 |
| Period Ending: | 7/10/2011 |
| Pay Date: | 7/15/2011 |

| | | | |
|---|---|---|---|
| Employee Number: | 15751 | Company: | CASINO |
| Social Security Number: | | Department: | BEVERAGE |
| Taxable Marital Status: | M | | |
| Exemptions / Allowances: | | | JENNIFER N VOGEL |
| Federal: | 08 | | 305 CLYDESDALE CT |
| State: | 08 | | SAN JACINTO, CA 92582 |

| EARNINGS | Hours | Rate | Current | Y-T-D | OTHER BENEFITS | Total To Date |
|---|---|---|---|---|---|---|
| TIPS | | | 1.42 | 253.74 | | |
| TIPS | | | 25.52 | 253.74 | | |
| TIPS | | | 90.72 | 253.74 | | |
| REGULAR | 20.75 | 8.0000 | 166.00 | 412.00 | | |
| ORIENTATION | | | | 112.00 | | |

### TIME CARD DETAIL

| | Date In | In | Date Out | Out | Total |
|---|---|---|---|---|---|
| | | | 2011-07-04 | 10.30.00PM | 4.5000 |
| Fri | 2011-07-08 | 08.00.00PM | 2011-07-09 | 02.00.00AM | 8.0000 |
| Sat | 2011-07-09 | 06.00.00PM | 2011-07-10 | 02.00.00AM | 8.0000 |

| Gross Pay | 283.66 | 777.74 |
|---|---|---|

| DEDUCTIONS | Current | Y-T-D |
|---|---|---|
| FICA-SOCIAL SEC | 11.92 | 32.67 |
| FMHI-MEDICARE | 4.12 | 11.28 |
| CA STATE DISAB | 3.40 | 9.33 |
| EDR CO-PAY | 3.00 | 3.00 |

| Net Pay | 143.56 |
|---|---|

**MESSAGE**

*"LEADERSHIP IS ACTION, NOT POSITION."*

STRATACOM 858-569-0755



MORONGO CASINO RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA 92230
951/755-5340

# Earnings Statement

Period Beginning: 7/11/2011
Period Ending: 7/17/2011
Pay Date: 7/22/2011

Employee Number: 15751
Social Security Number:
Taxable Marital Status: M
Exemptions / Allowances: 08
Federal: 08
State: 08

Company: CASINO
Department: BEVERAGE

JENNIFER N VOGEL
305 CLYDESDALE CT
SAN JACINTO, CA 92582

| EARNINGS | Hours | Rate | Current | Y-T-D |
|---|---|---|---|---|
| TIPS | | | 181.44 | 435.18 |
| REGULAR | 32.00 | 8.0000 | 256.00 | 668.00 |
| ORIENTATION | | | | 112.00 |
| Gross Pay | | | 437.44 | [redacted] |

OTHER BENEFITS — Total To Date

TIME CARD DETAIL

| Day | Date In | In | Date Out | Out | Total |
|---|---|---|---|---|---|
| Thu | 2011-07-14 | 06.00.00PM | 2011-07-15 | 02.00.00AM | 8.0000 |
| [redacted] | [redacted] | 06.00.00PM | 2011-07-16 | 02.00.00AM | 8.0000 |
| [redacted] | [redacted] | [redacted] | 2011-07-17 | 02.00.00AM | 8.0000 |
| Sun | [redacted] | 06.00.00PM | 2011-07-18 | 02.00.00AM | 8.0000 |

| DEDUCTIONS | Current | Y-T-D |
|---|---|---|
| FICA-SOCIAL SEC | 18.37 | 51.04 |
| FMHI-MEDICARE | 6.34 | 17.62 |
| CA STATE DISAB | 5.25 | 14.58 |
| EDR CO-PAY | 9.00 | 12.00 |

Net Pay 217.04

MESSAGE

*"LEADERSHIP IS ACTION, NOT POSITION."*

STRATACOM 858-569-0755

MORONGO CASINO RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA 92230
951/755-5340

| | Advice number: | 615330 |
|---|---|---|
| | Pay date: | 7/29/2011 |

| Account number | Transit ABA | Amount |
|---|---|---|
| XXXXXX4532 | 3222-71627 | 166.23 |

Deposited to the account of:

JENNIFER N VOGEL                    15751

# NON-NEGOTIABLE

•



MORONGO CASINO RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA 92230
951/755-5340

| Employee File Number: | 15751 |
|---|---|
| Social Security Number: | |
| Taxable Marital Status: | M |
| Exemptions / Allowances: | 08 |
| Federal: | 08 |
| State: | 08 |

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 7/18/2011 |
| Period Ending: | 7/24/2011 |
| Pay Date: | 7/29/2011 |
| Company: | CASINO |
| Department: | BEVERAGE |

JENNIFER N VOGEL

| EARNINGS | Hours | Rate | Current | Y-T-D |
|---|---|---|---|---|
| TIPS | | | 90.72 | 572.68 |
| TIPS | | | 46.78 | 572.68 |
| REGULAR | 24.00 | 8.0000 | 192.00 | 860.00 |
| ORIENTATION | | | | 112.00 |
| OVERTIME | .25 | 12.0000 | 3.00 | 3.00 |

**OTHER BENEFITS**                                  Total To Date

## TIME CARD DETAIL

| Day | Date In | In | Date Out | Out | Total |
|---|---|---|---|---|---|
| Fri | 2011-07-22 | 06.00.00PM | 2011-07-23 | 02.00.00AM | 8.0000 |
| Sat | 2011-07-23 | 06.00.00PM | 2011-07-24 | 02.00.00AM | 8.0000 |
| Sun | 2011-07-24 | 06.00.00PM | 2011-07-25 | 02.15.00AM | 8.0000 |

| Gross Pay | 332.50 | 1547.68 |
|---|---|---|

| DEDUCTIONS | Current | Y-T-D |
|---|---|---|
| FICA-SOCIAL SEC | 13.96 | 65.00 |
| FMHI-MEDICARE | 4.82 | 22.44 |
| CA STATE DISAB | 3.99 | 18.57 |
| EDR CO-PAY | 6.00 | 18.00 |
| DD CKG NET | 166.23 | 166.23 |

Net Pay

**MESSAGE**

*"The person who complains about the way the ball bounces is likely to be the one who dropped it."*



MORONGO CASINO RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA 92230
951/755-5340

Advice number: 617139
Pay date: 8/05/2011

| Account number | Transit ABA | Amount |
|---|---|---|
| XXXXXX4532 | 3222-71627 | 166.52 |

Deposited to the account of:

JENNIFER N VOGEL    15751

# NON-NEGOTIABLE



MORONGO CASINO RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA 92230
951/755-5340

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 7/25/2011 |
| Period Ending: | 7/31/2011 |
| Pay Date: | 8/05/2011 |
| Company: | CASINO |
| Department: | BEVERAGE |

| | |
|---|---|
| Employee File Number: | 15751 |
| Social Security Number: | |
| Taxable Marital Status: | M |
| Exemptions / Allowances: | 08 |
| Federal: | 08 |
| State: | 08 |

JENNIFER N VOGEL

| EARNINGS | Hours | Rate | Current | Y-T-D |
|---|---|---|---|---|
| TIPS | | | 136.08 | 708.76 |
| REGULAR | 24.00 | 8.0000 | 192.00 | 1,052.00 |
| ORIENTATION | | | | 112.00 |
| OVERTIME | | | | 3.00 |

**OTHER BENEFITS**                     Total To Date

**TIME CARD DETAIL**

| Day | Date In | In | Date Out | Out | Total |
|---|---|---|---|---|---|
| Fri | 2011-07-29 | 06.00.00PM | 2011-07-30 | 02.00.00AM | 8.0000 |
| Sat | 2011-07-30 | 06.00.00PM | 2011-07-31 | 02.00.00AM | 8.0000 |
| Sun | 2011-07-31 | 06.00.00PM | 2011-08-01 | 02.00.00AM | 8.0000 |

| Gross Pay | 328.08 | 1875.76 |
|---|---|---|

| DEDUCTIONS | Current | Y-T-D |
|---|---|---|
| FICA-SOCIAL SEC | 13.73 | 78.78 |
| FMHI-MEDICARE | 4.76 | 27.20 |
| CA STATE DISAB | 3.94 | 22.51 |
| EDR CO-PAY | 3.00 | 21.00 |
| DD CKG NET | 166.52 | 332.75 |

Net Pay

MESSAGE

*"Real leaders are ordinary people with extraordinary determination."*



MORONGO CASINO RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA  92230
951/755-5340

| | | | |
|---|---|---|---|
| | Advice number: | | 618922 |
| | Pay date: | | 8/12/2011 |

| Account number | Transit ABA | | Amount |
|---|---|---|---|
| XXXXXX4532 | 3222-71627 | | 112.72 |

Deposited to the account of:

JENNIFER N VOGEL                                 15751

# NON-NEGOTIABLE



MORONGO CASINO RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA  92230
951/755-5340

| | |
|---|---|
| Employee File Number: | 15751 |
| Social Security Number: | |
| Taxable Marital Status: | M |
| Exemptions / Allowances: | 08 |
| Federal: | 08 |
| State: | 08 |

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 8/01/2011 |
| Period Ending: | 8/07/2011 |
| Pay Date: | 8/12/2011 |
| Company: | CASINO |
| Department: | BEVERAGE |

JENNIFER N VOGEL

| EARNINGS | Hours | Rate | Current | Y-T-D |
|---|---|---|---|---|
| TIPS | | | 45.36 | 800.90 |
| TIPS | | | 46.78 | 800.90 |
| REGULAR | 16.00 | 8.0000 | 128.00 | 1,180.00 |
| ORIENTATION | | | | 112.00 |
| OVERTIME | .25 | 12.0000 | 3.00 | 6.00 |

| OTHER BENEFITS | Total To Date |
|---|---|

## TIME CARD DETAIL

| Day | Date In | In | Date Out | Out | Total |
|---|---|---|---|---|---|
| Thu | 2011-08-04 | 06.00.00PM | 2011-08-05 | 02.00.00AM | 8.0000 |
| Sat | 2011-08-06 | 06.00.00PM | 2011-08-07 | 02.15.00AM | 8.0000 |

| | Current | Y-T-D |
|---|---|---|
| Gross Pay | 223.14 | 2098.90 |

| DEDUCTIONS | Current | Y-T-D |
|---|---|---|
| FICA-SOCIAL SEC | 9.37 | 88.15 |
| FMHI-MEDICARE | 3.23 | 30.43 |
| CA STATE DISAB | 2.68 | 25.19 |
| EDR CO-PAY | 3.00 | 24.00 |
| DD CKG NET | 112.72 | 445.47 |

Net Pay

                                          MESSAGE

Don't Miss Team Member Picnic, 08/17, 10am to 6pm!



**MORONGO**
CASINO · RESORT · SPA

MORONGO CASINO RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA 92230
951/755-5340

| | Advice number: | 620708 |
|---|---|---|
| | Pay date: | 8/19/2011 |

| Account number | Transit ABA | Amount |
|---|---|---|
| XXXXXX4532 | 3222-71627 | 146.33 |

Deposited to the account of:

JENNIFER N VOGEL          15751

# NON-NEGOTIABLE

•



**MORONGO**
CASINO · RESORT · SPA

MORONGO CASINO RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA 92230
951/755-5340

| Employee File Number: | 15751 |
|---|---|
| Social Security Number: | |
| Taxable Marital Status: | M |
| Exemptions / Allowances: | 08 |
| Federal: | 08 |
| State: | 08 |

## Earnings Statement

| Period Beginning: | 8/08/2011 |
|---|---|
| Period Ending: | 8/14/2011 |
| Pay Date: | 8/19/2011 |
| Company: | CASINO |
| Department: | BEVERAGE |

JENNIFER N VOGEL

| EARNINGS | Hours | Rate | Current | Y-T-D |
|---|---|---|---|---|
| TIPS | | | 26.35 | 919.97 |
| TIPS | | | 90.72 | 919.97 |
| REGULAR | 21.00 | 8.0000 | 168.00 | 1,348.00 |
| ORIENTATION | | | | 112.00 |
| OVERTIME | | | | 6.00 |

**OTHER BENEFITS**                                  Total To Date

### TIME CARD DETAIL

| Day | Date In | In | Date Out | Out | Total |
|---|---|---|---|---|---|
| Thu | 2011-08-11 | 06.00.00PM | 2011-08-12 | 02.00.00AM | 8.0000 |
| Fri | 2011-08-12 | 06.00.00PM | 2011-08-13 | 02.00.00AM | 8.0000 |
| Sun | 2011-08-14 | 06.00.00PM | 2011-08-14 | 11.00.00PM | 5.0000 |

| | Current | Y-T-D |
|---|---|---|
| Gross Pay | 287.07 | 2385.97 |
| **DEDUCTIONS** | Current | Y-T-D |
| FICA-SOCIAL SEC | 12.06 | 109.21 |
| FMHI-MEDICARE | 4.17 | 34.60 |
| CA STATE DISAB | 3.44 | 28.63 |
| EDR CO-PAY | 2.00 | 26.00 |
| DD CKG NET | 146.33 | 591.80 |

Net Pay

**MESSAGE**

*Team Member Blood Drive- August 26th 7am to 6pm--Training Room A*