1  Norma Duenas (SBN 255342)
2  27570 Commerce Center Dr. Ste. 117
   Temecula, CA 92590
3  866-337-7220 tel.

4  Attorney for Debtor
   Scott M. Vogel
5

6              UNITED STATES BANKRUPTCY COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8                     RIVERSIDE DIVISION

9

10 In re:                           )  Case No.: 6:11-bk-37453
   SCOTT M. VOGEL                   )
11                  Debtor(s).      )  DEBTOR'S DECLARATION RE NON-
                                    )  FILING OF TAXES
12                                  )

            DECLARATION OF SCOTT M. VOGEL

I, Scott M. Vogel, hereby declare as follows:

1. I, have personal knowledge of the following facts, and if called upon to testify to this action, I could and would testify competently thereto.

2. I, Scott M. Vogel, have not filed federal or state income taxes for the following years: 2008, 2009, and 2010. I believe to the best of my knowledge, that I am not required to file taxes for those year(s).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

1

1  correct to the best of my knowledge. Executed this __28__ day of __August__, at San Jacinto,
2  California.

                                                    _____
                                                            SCOTT M. VOGEL
                                                                    Debtor

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
27570 Commerce Center Dr. Ste. 117 Temecula, CA 92590

A true and correct copy of the foregoing document described as Debtor's Declaration Re: Non-Filing of Taxes

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/17/11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
U.S. Trustee: ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/17/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Sandra L Bendon (TR)　　Scott Vogel
3943 Irvine Blvd., #329　　305 Clydesdale Court
Irvine, CA 92602　　San Jacinto, CA 92582

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/17/11 | Norma Duenas | _signature_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**